In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00253-CV
_____

**RICARDO J. RINCON, Appellant**

**V.**

**TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee**

_____

**On Appeal from the County Court at Law No. 4**
**Montgomery County, Texas**
**Trial Cause No. 12-25983**
_____

### MEMORANDUM OPINION

Ricardo J. Rincon filed a notice of appeal but failed to file a brief. On October 29, 2012, we notified the parties that the brief had not been filed and warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. On November 9, 2012, we notified the parties that the appeal would be submitted to the Court without oral argument. *See* Tex. R. App. P. 39.8. In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

1

APPEAL DISMISSED.

                                    _____
                                    DAVID GAULTNEY
                                    Justice


Submitted on November 30, 2012
Opinion Delivered December 13, 2012

Before Gaultney, Kreger, and Horton, JJ.